FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 97-233-GAF
                                 )
                    Plaintiff,   )   ORDER OF DETENTION AFTER HEARING
                                 )   (Fed.R.Crim.P. 32.1(a)(6)
          v.                     )   18 U.S.C. § 3143(a)
                                 )   Allegations of Violations of
James Andre Cox,                 )   Probation/Supervised Release
                                 )   Conditions)
                    Defendant.   )
_____ )

          On arrest warrant issued by the United States District Court for

the ~~Southern~~ Central District of CA        involving alleged violations of

conditions of probation/supervised release:

          1.   The court finds that no condition or combination of

               conditions will reasonably assure:

               A.   (✓) the appearance of defendant as required; and/or

               B.   (✓) the safety of any person or the community.

///

///

///

///

///

2.   The Court concludes:

A.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

his prior criminal history and the nature of the offense allegations + his prior violations of parole/probation

B.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: his prior flight in this action; unverified background information,

IT IS ORDERED that defendant be detained.

DATED:   5/27/08

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2